# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

BANNER LIFE INSURANCE COMPANY,

    Plaintiff,

v.

TITLEMAX OF GEORGIA, INC.; and
JENNIFER ANN BIELSS,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-313

## O R D E R

Plaintiff filed its Complaint initiating this action on October 22, 2021. (Doc. 1.) On December 23, 2021, Plaintiff filed a "Notice of Dismissal," in which it states that it "voluntarily dismisses this action." (Doc. 6.) While both Defendants have executed waivers of service, which were filed with the Court, (docs. 4, 5), neither Defendant has filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES** the case without prejudice, and **AUTHORIZES** and **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, (doc. 6), and to **CLOSE** this case.

**SO ORDERED**, this 27th day of December, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA